UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-04579-NEB-LIB

Northeastern Minnesotans for Wilderness, *et al.*,

Plaintiffs,

v.

U.S. Department of the Interior, *et al.,*

Defendants.

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, with the consent of counsel for Plaintiffs Northeastern Minnesotans for Wilderness and The Wilderness Society, move for a 30-day extension of the Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint. The current deadline is November 23, 2026, and the 30-day extension would result in a new deadline of December 21, 2026.

Good cause supports granting the extension request. The parties have agreed to meet and confer regarding the issues raised by Plaintiffs' Complaint in early December. The undersigned counsel communicated with Plaintiffs' counsel via email on November 9, 2026 regarding the proposed thirty-day extension and received her consent.

Defendants therefore request that the Court enter the proposed order filed contemporaneously with this motion, extending the Defendants' deadline from November 23, 2026, by 30-days, up to and including December 21, 2026. This motion is not being submitted for purposes of delay. A proposed order accompanies this motion.

Dated: November 13, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Perry Sekus*

BY: PERRY F. SEKUS
Assistant United States Attorney
Attorney ID Number 0309412
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
perry.sekus@usdoj.gov

Attorneys for Defendants